

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Haley Brown, Appellant

No. 06-15-00099-CV  v.

RK Hall Construction, LTD., and Stacy Lyon d/b/a Lyon Barricade & Construction, Appellees

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 84841). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Haley Brown, pay all costs of this appeal.

RENDERED JULY 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk